UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Amadou Diagne,

                Plaintiff,                09cv5157 (GBD)
      -against-               PRO SE PRETRIAL
                                               CONFERENCE NOTICE

New York Life Insurance Company,
                Defendants.
-------------------------------------------------------X

GEORGE B. DANIELS, DISTRICT JUDGE:

      Pro Se Plaintiff and counsel for all parties are hereby directed to attend a conference before **Magistrate Judge Gabriel W. Gorenstein**, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

      No application for adjournment will be considered unless made within one week of receipt of the conference date.

      All parties should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: June 9, 2009
       New York, New York

                                            So Ordered,

                                            George B. Daniels
                                            United States District Judge